IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS

| | |
|---|---|
| JOHN W. AILLS,<br><br>Plaintiff,<br><br>v.<br><br>PETER BLUDWORTH; DANNY YORK; DHO BALDWIN; and REBECCA BENNET<br><br>Defendants. | Case No. CV 21-95-GF-BMM<br><br><br><br>ORDER |

UPON the Parties' joint Stipulation for Dismissal, and good cause appearing therein,

IT IS HEREBY ORDERED that the above-titled action is DISMISSED with prejudice, each party to bear their own costs.

DATED this 8th day of April, 2024.

_____
Brian Morris, Chief District Judge
United States District Court